UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-654-SDJ |
| | § | |
| FIRST AMERICAN PAYMENT | § | |
| SYSTEMS, LP, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Second Amended Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief (the "Stipulated Order"), (Dkt. #21), it is

**CONSIDERED**, **ORDERED**, and **ADJUDGED** that judgment is hereby entered in Plaintiff Federal Trade Commission's favor pursuant to the provisions of the Stipulated Order. The Court retains jurisdiction over this matter for the purposes of construction, modification, and enforcement of the Stipulated Order.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil case.

So ORDERED and SIGNED this 10th day of March, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE